CIVIL MINUTES CLOSING

Case No    SACV 19-02495JVS(KESx)        Date: March 11, 2020

Title: Suzanne Na Pier v Frances L Folcke, et al

Present    JAMES V. SELNA, United States District Court Judge

|  |  |
|---|---|
| Lisa Bredahl | Not Present |
| Deputy Clerk | Court Reporter |

-------------------------------------------------------------------------------------------------------
----------------------------------------------------------------------------------------------

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| Not Present | Not Present |

------------------------------------------------------------------------------------------------
------------------------------------------------------------------------------------------------

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐        Case previously closed in error.  Make JS-5.

X        Case should have been closed on entry #10 dated 2/4/20.  Make JS-6.

☐        Case settled but may be reopened if settlement is not finalized within     days.  Make
         JS-6.

☐        Other:                            .

☐        Entered                         .